**Order filed November 16, 2012**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00906-CV**
_____

**RONALD DUNCAN, Appellant**

**V.**

**MEMORIAL HERMAN HOSPITAL SYSTEM, Appellee**

**On Appeal from County Court at Law No 5**
**Montgomery County, Texas**
**Trial Court Cause No. 12-05-05767-CV**

## ORDER

Appellant's brief was due **October 29, 2012.** No brief or motion for extension of time has been filed.

Unless appellant submits his brief, and a motion reasonably explaining why the brief was late, to the clerk of this court on or before **December 17, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM